# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| COPPERTREE VILLAGE HOLDINGS, LLC, AND COPPERTREE APARTMENTS, LLC <br>     Plaintiffs, <br><br> v. <br><br> TRIUMPH HOUSING MANAGEMENT, LLC, PAUL J. POINTE, DAVID GATES GREGORY B. JONES, AND BRADLEY A. FRERICKS <br>     Defendants | Civil Action No. 4:20-cv-00295 |

## DEFENDANT GREGORY B. JONES' RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Gregory B. Jones ("Jones"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure submits the following information:

1. The Interested Persons in this case are as follows:

   a. Coppertree Village Holdings, LLC and Coppertree Apartments, LLC
   Plaintiffs

   b. Triumph Housing Management, LLC
   c/o Business Filings Incorporated
   289 S. Culver Street

        Lawrenceville, Georgia 30046
        Defendant

c.      Gregory B. Jones
        4455 Crossland Dr.
        Cumming, Georgia 30040
        Defendant

d.      Paul J. Ponte
        3624 Sydney Harbor Lane
        Cumming, Georgia 30040
        Defendant

e.      David Gates
        1526 Cherry Lake Way
        Lake Mary, Florida 32746
        Defendant

f.      Cory S. Reed
        Thompson, Coe, Cousins & Irons, L.L.P
        One Riverway, Suite 1400
        Houston, Texas 77056

        Craig L. Dowis, Attorney-in-Charge
        Benjamin L. Weible
        Thompson, Coe, Cousins & Irons, L.L.P
        Plaza of the Americas
        700 N. Pearl Street, Twenty-Fifth Floor
        Dallas, TX 75201-283

        Charles H. Van Horn
        Katherine M. Silverman
        Berman Fink Van Horn P.C.
        3475 Piedmont Road, N.E.
        Suite 1100
        Atlanta, Georgia 30305
        Attorneys for Defendant Triumph Housing Management, LLC

g.  Carol C. Payne
    Linda G. Moore
    Estes Thorne & Carr PLLC
    3811 Turtle Creek Blvd., Suite 2000
    Dallas, TX 75219
    Attorneys for Plaintiffs Coppertree Village Holdings, LLC and Coppertree Apartments, LLC

h.  Thomas F. O'Connell, III
    Gauntt Koen Binney & Kidd, LLP
    25700 I-45 North, Suite 130
    Spring, TX 77386
    Attorney for Defendants Gregory B. Jones and Paul J. Ponte

g.  R. Kenyon Meyer
    Dinsmore & Shohl, LLP
    101 S. Fifth Street, Ste 2500
    Louisville, KY 40202
    Personal attorney for Defendant Gregory B. Jones

Respectfully submitted, this the 17 day of March, 2020.

       GAUNTT, KOEN, BINNEY & KIDD, LLP.

       By: /s/ Thomas F. O'Connell, III
        Thomas F. O'Connell, III
        State Bar No. 15180700
        25700 I-45 North, Ste 130
        Spring, Texas 77386
        281.367.6555
        281.367.3705 Facsimile
        Tom.oconnell@gkbklaw.com
        **Counsel for Defendant Paul J. Pointe and Gregory B. Jones**

# CERTIFICATE OF SERVICE

I certify that on April 17th, 2020, I served a true and correct copy of the foregoing document upon all counsel of record by the Court's ECF electronic filing service in compliance with Federal Rules of Civil Procedure.

Carol C. Payne, Esq.
Linda G. Moore, Esq.
Estes Thorne & Carr PLLC
3811 Turtle Creek Blvd., Suite 2000
Dallas, Texas 75219
Email: cpayne@estesthronecarr.com
Email: lmoore@estesthornecarr.com
**Counsel for Plaintiff**

Cory S. Reed
Thompson, Coe, Cousins & Irons, L.L.P
One Riverway, Suite 140
Houston, Texas 77056
Email: creed@thompsoncoe.com

Craig L. Dowis,
Benjamin L. Weible
Thompson, Coe, Cousins & Irons, L.L.P
Plaza of the Americas
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, TX 75201-283
Email: cdowis@thompsoncoe.com
Email: bweible@thompsoncoe.com

Charles H. Van Horn
Katherine M. Silverman
Berman Fink Van Horn P.C.
3475 Piedmont Road, N.E.
Suite 1100
Atlanta, Georgia 30305
Email: cvanhorn@bfvlaw.com
Email: ksilverman@bfvlaw.com
**Counsel for Defendants Triumph Housing**

**Management, LLC and David Gates**

R. Kenyon Meyer
Dinsmore & Shohl, LLP
101 S. Fifth Street, Ste 2500
Louisville, KY 40202
**Personal Counsel for Defendant Gregory B. Jones**

                                                 /s/ Thomas F. O'Connell, III
                                                    **THOMAS F. O'CONNELL, III**