United States District Court
Southern District of Texas
**ENTERED**
November 10, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COPPERTREE VILLAGE HOLDINGS, LLC and COPPERTREE APARTMENTS, LLC, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-00295 |
| TRIUMPH HOUSING MANAGEMENT, LLC and PAUL J. PONTE and DAVID GATES, *et al*, | § § § § § § § | |
| Defendants. | § | |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND RESPONSE DEADLINE

Before the Court is plaintiffs', Coppertree Village Holdings, LLC's and Coppertree Apartments LLC's fourth unopposed motion to extend time to file response to Paul J. Ponte's motion to dismiss the plaintiffs' amended Complaint (Dkt. No. 47). The Court finds that it should be GRANTED.

The Court ORDERS that the plaintiffs' deadlines to respond to defendant Paul J. Ponte's Motion to Dismiss is extended to December 4, 2020.

It is so ORDERED.

SIGNED on this 9th day of November, 2020.

_____
Kenneth M. Hoyt
United States District Judge