UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COPPERTREE VILLAGE HOLDINGS, LLC, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-00295 |
| TRIUMPH HOUSING MANAGEMENT, LLC, *et al.*, | § § § | |
| Defendants. | § § | |

**<u>ORDER</u>**

After considering the Joint Motion to Reopen this Action and Dismiss With Prejudice filed by Plaintiffs Coppertree Village Holdings, LLC and Coppertree Apartments LLC and Defendant Triumph Housing Management Company, LLC (Dkt. No. 70), the lone remaining defendant, the Court GRANTS the Joint Motion, reopens this action, and dismisses it and Plaintiff's claims with prejudice with the parties bearing their own costs.

It is so ORDERED.

SIGNED on December 1, 2022, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge